No. 69619.—Buhler Mill Engineering Co. *v.* United States, protest 63/5087 (Seattle).

Opinion of RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of parts dedicated to use with food preparing machinery similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiff was sustained.